IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: MICHELLE RENEE CALLAHAN
DEBTOR
CASE NO. 09-bk-73571
CHAPTER 13

### AGREED ORDER

Comes on for approval the Movant/Creditor's, U.S. Bank, N.A., Motion to Abandon Certain Property. The Court, being sufficiently advised, finds that there has been no objection to this proposal and that the Trustee, Debtor and Movant/Creditor have agreed and jointly consented to entry of this Order. Therefore, upon consideration, and for good cause shown, it is

ORDERED that the Trustee's interest in and to the following described land is hereby abandoned:

> Lot 48, Block 30, Avondale Subdivision, Bella Vista Village, Benton County, Arkansas, as shown in Plat Record I, Page 114
>
> 65 Hope Drive, Bella Vista, AR 72715

It is further

ORDERED, that the stay provisions of 11 U.S.C. § 362 of the Bankruptcy Code should be, and hereby are, relaxed with regard to the property abandoned by this Order, and creditors with valid claims or interests in and to the abandoned property are released to pursue their usual lawful remedies against the Debtor' interest in said abandoned property, provided that the creditors shall account for, and return to the Trustee, any surplus over the balance due which may be realized upon liquidation of the

EOD 3/8/2010
by L Williams

property abandoned. Further, the provisions of §362 continue in full force and effect as to the Debtor and to all other property of the Debtor not itemized within the Order, and suits or actions to enforce personal money judgments against the Debtor is precluded by the operative provisions of §362 not relaxed by this or other Orders of this Court.

*/s/ Ben Barry*

---
HONORABLE BEN T. BARRY
U.S. BANKRUPTCY COURT JUDGE
March 8, 2010
DATED: _____

APPROVED AS TO FORM:

*/s/*
---
Scot P. Goldsholl
DYKE, HENRY, GOLDSHOLL & WINZERLING, P.L.C.
Attorneys for U.S. Bank, N.A.
415 North McKinley, Suite 555
Little Rock, Arkansas 72205
Telephone No. (501) 661-1000

RE: Michelle Renee Callahan
Bankruptcy Case No. 09-bk-73571
Western District of Arkansas
Agreed Order
Page 2

RE: Michelle Renee Callahan
Bankruptcy Case No. 09-bk-73571
Western District of Arkansas
Agreed Order
Page 3

*Patt Pw for:*
Joyce Bradley Babin
Chapter 13 Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

RE: Michelle Renee Callahan
Bankruptcy Case No. 09-bk-73571
Western District of Arkansas
Agreed Order
Page 4


/s/ Forrest Stoltzer
Michael C. Chase
Attorney at Law
2706 American Drive
Springdale, AR 72764